# FILED

# UNDER

# SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR WARRANT**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Scott Allen Shirley**

Case Number: **2:17CR00236**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **September 6, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 28, 2019**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Refrain From Unlawful Use of Controlled Substance** – **You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   A. On September 13, 2019, Shirley submitted a urine sample which was positive for methamphetamine. On September 23, 2019, the Alere National Laboratory confirmed the presence of methamphetamine.

   B. Scott Shirley failed to report for drug testing on the following dates:

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

- September 22, 2019
- September 29, 2019
- October 6, 2019

2.  <u>Mental Health Treatment</u> **– You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.**

On September 30, 2019, Shirley was a no call/no show for his monthly treatment appointment at Choices Group, Inc.

3.  <u>Work Full Time</u> **- You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On September 30, 2019, the undersigned officer received a phone call from Shirley's employer who stated he had reported to the office this morning for a mandatory sales meeting. His employer had not heard from Shirley since the previous Thursday, September 26, 2019, and had not seen Shirley in person since the previous Monday, September 23, 2019. The employer is considering filing charges for stolen vehicle as he has not heard from Shirley. Shirley did not disclose to the Probation Office that there was a change in his employment status.

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **October 4, 2019**

Annis C. Seopaul Sones
Annis Seopaul Sones
2019.10.07 15:23:13
-07'00'

Annis C. Seopaul Sones
United States Probation Officer

Approved:

Todd J. Fredlund
2019.10.07
15:17:16 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
☑   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

RICHARD F. BOULWARE, II
United States District Judge
October 7, 2019
Date

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. SCOTT ALLEN SHIRLEY,  2:17CR00236

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### October 4, 2019

On September 6, 2018, Your Honor sentenced Scott Shirley to 24 months prison, followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. Shirley commenced supervised release on May 28, 2019.

On June 24, 2019, Your Honor afforded Shirley the privilege of removing the conditions of the C.A.R.E. Program, GPS Location Monitoring, residing at the Residential Reentry Center, and in addition, allowing Shirley to travel for the purposes of employment on a regular basis, without the permission of the Probation Office.

From the onset of supervision until the beginning of September 2019, Shirley appeared to be doing well on supervision. He was gainfully employed and attending his monthly treatment sessions. There were issues with him drug testing due to his frequent travel for work; however, whenever he was instructed to test, his urinalyses were negative.

On September 13, 2019, the undersigned officer met with Shirley in the office. He submitted to a urinalysis which tested positive for methamphetamine. At that time Shirley denied using methamphetamine. The urine sample was submitted to Alere National Laboratory for confirmation of methamphetamine. On September 23, 2019, the Alere National Laboratory confirmed the presence of methamphetamine. After the office visit on September 13, 2019, Shirley failed to report for drug testing on September 22, 2019, September 29, 2019 and October 6, 2019, as he was scheduled to test on Sundays to accommodate his work. Prior to this time period, Shirley was very communicative with the Probation Office of his schedule for work and if he would be out of town and miss a Sunday test.

On September 30, 2019, the undersigned officer received a phone call from Shirley's employer who stated he had reported to the office this morning for a mandatory sales meeting. His employer had not heard from Shirley since the previous Thursday, September 26, 2019, and had not seen Shirley in person since the previous Monday, September 23, 2019. The employer is considering filing charges for stolen vehicle as he has not heard from Shirley. Shirley did not disclose to the Probation Office that there was a change in his employment status.

The undersigned officer attempted to make telephonic contact with Shirley; however, was unable to leave a voicemail as his inbox was full. The undersigned officer sent a text message to Shirley instructing him to contact the undersigned. The evening of September 30, 2019, the undersigned officer went to Shirley's residence; however, he was not home and neither his personal or work

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

vehicle were at the residence. An attempt was made to make telephonic contact with his roommate; however, there was no response. The undersigned officer then went to Shirley's parents' residence. His parents reported that they had not heard from Shirley since the past weekend. His mother stated that they were getting concerned because when he is not responsive it could mean "he goes off the rails." The undersigned officer asked his parents to inform her if/when they hear from him. To date, the undersigned officer has not received any additional information from Shirley's parents.

On October 4, 2019, the undersigned office made telephonic contact with Shirley's therapist at Choices Group, Inc. who stated she scheduled to meet with Shirley in the office on September 30, 2019 for their monthly appointment; however, Shirley was a no call/no show for the appointment. To date, he has not called to reschedule his appointment.

Currently, Shirley's whereabouts are unknown. All attempts to locate Shirley have been unsuccessful. Shirley is considered to have absconded from supervision. Therefore, it is respectfully requested that a warrant be issued for his arrest to initiate revocation proceedings.

Respectfully submitted,

Annis Seopaul Sones
2019.10.07 15:23:35
-07'00'

———————————————————
Annis C. Seopaul Sones
United States Probation Officer

Approved:

Todd J. Fredlund
2019.10.07
15:17:39 -07'00'

———————————————————
Todd J. Fredlund
Supervisory United States Probation Officer