# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Scott Allen Shirley**

Case Number:  **2:17CR00236**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **September 6, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **December 4, 2019**

Revocation Sentence: **Time served, followed by 18 Months TSR**

Date Supervision Commenced: **December 4, 2019**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - **You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   A.  Shirley tested positive for methamphetamine on the following dates:

      February 18, 2020
      February 25, 2020

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

March 12, 2020

Shirley admitted to the SUSPO Fredlund he had used methamphetamine prior to submission of the above-referenced tests.

B.  Shirley failed to report for drug testing on the following dates:

February 16, 2020
March 9, 2020
March 17, 2020

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 20, 2020**

_____
Nickie Pipilakis
United States Probation Officer

Approved:

Todd Fredlund
2020.03.20 11:23:19
-07'00'
_____
Todd J. Fredlund
Supervisory United States Probation Officer

**RE: Scott Allen Shirley**

Prob12C
D/NV Form
Rev. March 2017

---

### THE COURT ORDERS

☐    No Action.

☐    The issuance of a warrant.

☑    The issuance of a summons.

☐    Other:

_____

RICHARD F. BOULWARE, II
United States District Judge

May 29, 2020_____

Date

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

<table>
<tr><td>United States of America<br>v.<br><br>Scott Allen Shirley<br><br>430 Gretta Lane<br>Indian Springs, Nevada 89018<br>_____<br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  2:14CR00056-1</td></tr>
</table>

## SUMMONS IN A CRIMINAL CASE

     **YOU ARE SUMMONED** to appear before the United States District Court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

<table>
<tr><td rowspan="2">Place:</td><td>Courtroom No.:</td></tr>
<tr><td>Date and Time:</td></tr>
</table>

This offense is briefly described as follows:
Violation of supervised release

If you do not have an attorney, and you cannot afford to hire one, you should immediately contact the Office of the CJA Resource Counsel at (702) 388-5100 to arrange for a court-appointed attorney to represent you in this case.

Date: _____

                                                                *Issuing officer's signature*

                                                                 *Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

                                                               *Server's signature*

                                                                 *Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

Case No.  2:14CR00056-1

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal**.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:  Scott Allen Shirley

Last known residence: 430 Gretta Lane Indian Springs, Nevada 89018

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on _____.

☐ I personally served the summons on this defendant Scott Allen Shirley at _____ on _____; or

☐ On _____, I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to _____, who is authorized to receive service of process on behalf of _____ on _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: _____      _____

*Server's signature*

_____

*Printed name and title*

Remarks: